UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IRVING BARUCH,  JUDGMENT
 05-CV- 5392 (CPS)
                      Plaintiff,

-against-

HEALTHCARE RECEIVABLE
MANAGEMENT, INC.,

                      Defendant.
-----------------------------------------------------------------X

       A Memorandum and Order of Honorable Charles P. Sifton, United States District Judge, having been filed on October 30, 2007, adopting in part and modifying in part the Report and Recommendation of Magistrate Judge Joan M. Azrack, dated September 11, 2007; and directing the Clerk of Court to enter judgment in favor of plaintiff and against defendant in the amount of $18,870.00, representing $6,000.00 in actual and statutory damages, $12,565.00 in attorney's fees, and $305.00 in costs; it is

       ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Joan M. Azrack is adopted in part and modified in part; and that judgment is hereby entered in favor of plaintiff, Irving Baruch, and against defendant, Healthcare Receivable Management, Inc., in the amount of $18,870.00, representing $6,000.00 in actual and statutory damages, $12,565.00 in attorney's fees and $305.00 in costs.


Dated: Brooklyn, New York
        November 01, 2007

                                                                     ROBERT C. HEINEMANN
                                                                     Clerk of Court